IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTANAS JANULEVICIUS, | )<br>)<br>) |
|    *Petitioner*, | )<br>)  No. 22 CV 5070<br>) |
| v. | )<br>) |
| VAIVA GINAITYTE, | )  Judge John J. Tharp, Jr.<br>)<br>) |
|    *Respondent.* | )<br>) |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER
UNDER THE HAGUE CONVENTION AND EXPEDITED HEARING**

Petitioner ANTANAS JANULEVICIUS, having filed Petitioner's Ex Parte Motion Under the Hague Convention for Entry of a Temporary Restraining Order and Scheduling of an Expedited Hearing (the "Motion"), Plaintiff's Brief in Support of the Motion, and Verified Complaint for Return of the Child (the "Verified Complaint"), the Court having considered these pleadings in this case, and pursuant to the Convention on the Civil Aspects of International Child Abduction (the "Hague Convention" or the "Convention"),[1] and the International Child Abduction Remedies Act ("ICARA"),[2] And the Federal Rule of Civil Procedure 65, the Motion is hereby GRANTED as follows:

  1.  Respondent is hereby prohibited from removing the Child from the jurisdiction of this Court pending a hearing on the merits of the Verified Complaint, and no person acting in concert or participating with Respondent shall take any action to remove the child from the jurisdiction of this Court pending a determination on the merits of the Verified Complaint.

---

[1] Oct. 25, 1980, T.I.A.S. No. 11,670 at 1, 22514 U.N.T.S at 98, reprinted in 51 Fed. Reg. 10494 (1986).
[2] 22 U.S.C. § 9001-9011 (2014).

2. Respondent is ordered to deliver to the Court all passports for the minor child, M.J., to be held by counsel pending the Court's decision on the Verified Complaint.

3. A hearing on Petitioner's efforts to serve Respondent with the Verified Complaint and a copy of this Temporary Restraining Order is scheduled to be held on October 19, 2022, at 9:30 a.m. over telephone.

Date: October 12, 2022

John J. Tharp, Jr.
United States District Judge