**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Antanas Janulevicius

                    Plaintiff,

v.                                       Case No.: 1:22–cv–05070
                                                  Honorable John J. Tharp Jr.

Vaiva Ginaityte

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Entry for scheduling purposes only. Hearing scheduled for 10/19/22 at 9:30 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.